IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VIRGINIA JOHNSON-GRUVER,
Individually and on behalf of
other similarly situated                                                       PLAINTIFF

v.                              No. 3:22-cv-251-DPM

GETHEALTH-E, LLC                                                               DEFENDANT

## JUDGMENT

Johnson-Gruver's complement is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 December 2022